**Taft**

111 East Wacker, Suite 2600
Chicago, IL 60601
Tel: 312.527.4000 | Fax: 312.527.4011
taftlaw.com

**Andrew S. Murphy**
Direct: (312) 836-4145
amurphy@taftlaw.com

August 31, 2023

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re:    *United States v. Shamone White*, No. 23-1315

Dear Clerk of Court:

In accordance with Circuit Rule 34(b)(3), Defendant-Appellant Shamone White provides the Clerk of the Court with this notice of counsel's unavailability for oral argument in the above-referenced matter.

The undersigned counsel plans to be out of the country for his honeymoon December 26, 2023, through January 15, 2024. Accordingly, Defendant-Appellant respectfully requests that this Court avoid scheduling oral argument in this matter on the following argument days of the January, 2024 Session: January 8–11 or January 17–19.

                        Sincerely yours,

                        TAFT STETTINIUS & HOLLISTER LLP

                        Andrew S. Murphy