___

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

### No. 23-1315
___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the |
| | ) | United States District Court for |
| Plaintiff-Appellee, | ) | the Central District of Illinois |
| | ) | |
| v. | ) | No. 22-cr-20012 |
| | ) | |
| SHAMONE WHITE, | ) | Honorable Colin S. Bruce |
| | ) | United States District Judge |
| Defendant-Appellant. | ) | |

___

## GOVERNMENT'S
## MOTION FOR EXTENSION OF TIME

The government submits and incorporates by reference the attached affidavit and requests until November 13, 2023, for the government to file its brief, which is presently due by September 29, 2023.

Respectfully submitted,

GREGORY K. HARRIS
*United States Attorney*

By: /s/ KATHERINE V. BOYLE
*Assistant United States Attorney*
*Office of the United States Attorney*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*(217) 373-5875*

## CERTIFICATE OF SERVICE

I certify that on September 22, 2023, I electronically filed the foregoing and attached affidavit with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Katherine V. Boyle</u>
Assistant United States Attorney

## AFFIDAVIT

I, Katherine V. Boyle, Assistant United States Attorney, state:

1. This is the government's first request for an extension of time. The government is requesting until November 13, 2023, to file its responsive brief. Andrew S. Murphy, attorney for the defendant-appellant Shamone White, has informed me that he does not object to this request for an extension.

2. White was convicted of possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(D) (Count One); carrying a firearm during an in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count Two); and possessing a firearm as a felon, in violation of 18 U.S.C. § 922(g)(1) (Count Three), following a jury trial. R. 33. The district court sentenced White to an aggregate term of 144 months' imprisonment, consisting of 60 months' imprisonment on Count One and 84 months' imprisonment on Count Three, to run concurrently to each other, and 60 months' imprisonment on Count Two, to run consecutive to Counts One and Three. R. 56.

3. White submitted his opening brief on August 30, 2023, in which he raises challenges to the sufficiency of the government's evidence at trial and the jury instructions.

4. Since just before the filing of White's opening brief, my obligations in addition to the *United States v. White* brief have included the government's brief in

*United States v. Fredrickson*, No. 23-1735, which was timely filed on August 21, 2023. I presented oral argument in *United States v. Wright*, No. 22-2922, on September 13, 2023, and *United States v. Maxwell*, No. 22-2135, on September 14, 2023. I also accompanied a newer Assistant U.S. Attorney to oral argument in *United States v. Williams*, No. 22-3099, on September 21, 2023. Furthermore, as appellate chief for the Central District of Illinois, I have reviewed and edited multiple appellate briefs and district court filings for other AUSAs, including but not limited to recent, substantial district court briefs in *United States v. Sims*, CDIL No. 22-cr-30081, and *United States v. Gonzalez-Flores*, CDIL No. 23-cr-30021, both of which addressed claims based on *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). The *Sims* response was timely filed on August 17, 2023, and the *Gonzales-Flores* response was timely filed on September 22, 2023. I have reviewed and/or drafted adverse decision memoranda, provided legal updates, and assisted in multiple district court cases. And I have acted as the Public Information Officer for our district.

5. My upcoming obligations include drafting the *United States v. White* brief in the instant case, along with the government's briefs in *United States v. Lickers*, No. 22-1179, which is due on September 26, 2023; *United States v. McGhee*, No. 23-1615, which is due on October 11, 2023; and *United States v. Zarate*, No. 23-2182, which is due on October 20, 2023. I also am scheduled to present oral argument in *United

*States v. DuPage*, No.23-1009, on November 15, 2023. In my role as appellate chief, I will continue to review and edit briefs and responses for other Assistant U.S. Attorneys in upcoming cases, review and/or draft memoranda regarding adverse decisions, and assist with moot court preparation. Furthermore, I will continue to act as Public Information Officer for the district.

   6. Finally, I was traveling for a work-related conference from August 27 to 29, 2023.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on September 22, 2023.

                                            /s/Katherine V. Boyle
                                            Katherine V. Boyle
                                            *Assistant United States Attorney*